UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KAREN CARROLL

VS. CA NO: 02-552L

THE STOP AND SHOP COMPANIES, INC.
THE ADVISORY COMMITTEE C/O CORPORATE EMPLOYEE BENEFITS MANAGER, THE STOP AND SHOP COMPANIES, INC. AND HARTFORD LIFE & ACCIDENT INSURANCE COMPANY

NOTICE OF INTENTION TO TAKE DEPOSITION

Please take notice that the Plaintiff will take the testimony on oral examination of Marcia Essen, Alias, on July 6 , 2005, at 2 :00 pm. before a Notary Public of the State of Rhode Island, or some other duly qualified person, and thereafter from day to day as the taking of the deposition may be adjourned, at the offices of Mark B. Morse, 111 Wayland Avenue, Providence, R.I., at which time and place you are notified to appear and take such part in the examination as you may be advised and as shall be fit and proper.

Plaintiff,
By her Attorney,

Mark B. Morse, #3003
111 Wayland Avenue
Providence, R.I. 02906
(401) 831-0555

CERTIFICATION

I hereby certify that I mailed a true copy of the within matter to: Reporting Associates, 10 Dorrance Street, Providence, RI 02903, Mark Pogue, Esq., Edwards & Angell, 2800 Financial Plaza, Providence, RI 02903 and Robert Smith, Esq., Armstrong, Gibbons & Gnys, 155 South Main Street, Providence, RI 02903.

DATE: 6-16-05

John Martini