UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

KAREN CARROLL

VS. CA NO: 02-552L

THE STOP AND SHOP COMPANIES, INC.,
THE ADVISORY COMMITTEE C/O CORPORATE EMPLOYEE
BENEFITS MANAGER, , THE STOP AND SHOP COMPANIES, INC.,
and HARTFORD LIFE AND ACCIDENT INSURANCE
COMPANY; Alias

JOINT MOTION TO AMEND PRETRIAL ORDER
TO EXTEND TIME FOR DISCOVERY

Now come the plaintiff and defendants in the within matter and herein move to amend the pretrial order in order to extend the time for discovery for three months, through, October 7, 2005, and further that all other deadlines be amended consistent therewith. The grounds for this motion are that defendant scheduled the deposition of plaintiff's treating physician to be held in Miami, Florida on June 30, 2005. The period in which the physician can be deposed is limited due to his extensive practice. Plaintiff's counsel was reached for trial June 29, 2005 in the Superior Court of Rhode Island (the case has since resolved), and the next available date for the physician is August 25, 2005. Additionally, plaintiff is awaiting the receipt of documents previously requested of defendant Hartford Life (a motion to compel is being filed simultaneously herewith), and there is a mediation scheduled before Magistrate Judge Martin on July 18, 2005.

Plaintiff had previously noticed the depositions of two key personnel from the defendant Hartford Insurance, and the final deposition is scheduled for July 6, 2005. Additionally, the plaintiff's deposition began on June 23, 2005, but had to be continued due to her medical condition, and counsel for defendant's scheduling problems.

The depositions and further discovery are necessary to fully represent the respective parties' interests. The motion is not being brought to hinder or delay the proceedings unnecessarily, and is assented to by all the parties.

Respectfully Submitted
PLAINTIFF
By her attorneys,

81

Law Office of Mark B. Morse

MARK B. MORSE
RI Bar Reg. No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555
fax (401) 273-0937

Respectfully Submitted
DEFENDANT DEFENDANT
Hartford Insurance Company
By its Attorneys
Edwards & Angell, LLP

Mark A. Pogue, Esq. #3441
Armand A. Batastini, Esq. #6016
2800 Financial Plaza
Providence, RI 02903

Respectfully Submitted

Stop and Shop Companies,
The Advisory Committee
By its Attorneys
Armstrong, Gibbons & Gnys, LLP

Robert W. Smith, Esq. #1874
155 South Main Street
Providence, RI 02903