UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

DISTRICT OF RHODE ISLAND

KAREN CARROLL

VS. CA NO: 02-552L

THE STOP AND SHOP COMPANIES, INC.;
THE ADVISORY COMMITTEE C/O CORPORATE
EMPLOYEE BENEFITS MANAGER,
THE STOP & SHOP COMPANIES, INC.; Alias
In Its Capacity as Plan Administrator; and HARTFORD LIFE
AND ACCIDENT INSURANCE COMPANY; Alias

PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS
FROM DEFENDANT HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY

Now comes the Plaintiff and herein moves that the Defendant be compelled to provide documents requested of it on or about December 14 , 2004.and to which there has been no objection filed Plaintiff herein requests that Defendant be required to produce documents within twenty (20) days hereof. Plaintiff has attempted in good faith to resolve the within matter without the necessity of a motion. Plaintiff has not filed a memorandum of law in accordance with Local Rule 12 as this is an excepted motion.

PLAINTIFF
By her Attorneys,
Law Office of Mark B. Morse

MARK B. MORSE, Esq.
RI Bar Reg No 3003
111 Wayland Avenue
Providence, RI 02906
(401) 831-0555

No objection having been timely filed pursuant to the Local Rules for the District of Rhode Island, the within motion is hereby granted.

Deputy Clerk
Date: 7/29/05