UNITED STATES DISTRICT COURT

DISTRICT OF RHODE ISLAND

KAREN CARROLL :

VS. : C.A. NO. 02-552L

THE STOP & SHOP COMPANIES, INC.; THE ADVISORY COMMIITTEE C/O CORPORATE EMPLOYEE BENEFITS MANAGER, THE STOP & SHOP COMPANIES, INC.; Alias in its capacity as Plan Administrator; and HARTFORD LIFE AND ACCIDENT INSURANCE :

STIPULATION

The above-captioned matter is hereby dismissed with prejudice, no interest, no costs.

Mark B. Morse # 3003
Attorney for Plaintiff

Robert W. Smith #1874
Attorney for Defendant, Stop & Shop

Mark A. Pogue #3441 Mark A. Pogue 11-16-05
Attorney for Defendant. Hartford

DATE: 17 Nov 05
RECOMMENDED APPROVAL SENIOR JUDGE MAGISTRATE HAGOPIAN

approved: Ronald R. Lagueux
Sr. USDJ 11/29/05